Argued and submitted May 29, 2020, affirmed February 10, 2021

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JOSEPH MARK ELMORE,
*Defendant-Appellant.*

Clackamas County Circuit Court
18CR35989; A168907

481 P3d 410

Douglas V. Van Dyk, Judge.

Andrew D. Robinson, Deputy Public Defender, argued the cause for appellant. Also on the brief was Ernest G. Lannet, Chief Defender, Criminal Appellate Section, Office of Public Defense Services.

Peenesh Shah, Assistant Attorney General, argued the cause for respondent. Also on the brief were Ellen F. Rosenblum, Attorney General, and Benjamin Gutman, Solicitor General.

Before Armstrong, Presiding Judge, and Tookey, Judge, and Kistler, Senior Judge.*

PER CURIAM

Affirmed.

------------

* Tookey, J., *vice* DeVore, J.

**PER CURIAM**

Defendant appeals a judgment of multiple convictions after unanimous jury verdicts, raising multiple assignments of error. He preserved none of his assignments except one challenging a jury instruction allowing nonunanimous verdicts. We reject all of defendant's assignments and write only to address the one relating to the nonunanimous jury instruction.

Defendant asserts that the jury instruction allowing nonunanimous verdicts constitutes a structural error. Subsequent to the United States Supreme Court's ruling in *Ramos v. Louisiana*, 590 US ___, 140 S Ct 1390, 206 L Ed 2d 583 (2020), the Oregon Supreme Court held that nonunanimous jury instruction is not a structural error that categorically requires reversal. *State v. Flores Ramos*, 367 Or 292, 319, 478 P3d 515 (2020). Additionally, when, as here, the jury's verdict is unanimous for each count notwithstanding the nonunanimous instruction, the Supreme Court has determined that the erroneous instruction is "harmless beyond a reasonable doubt." *State v. Ciraulo*, 367 Or 350, 354, 478 P3d 502 (2020). Therefore, we reject defendant's challenge to the nonunanimous instruction resulting in a unanimous verdict.

Affirmed.